# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MONICA RAEL, on behalf herself and all others similarly situated,<br><br>                           Plaintiff,<br><br>      v.<br><br>NEW YORK & COMPANY, INC., *et al.*,<br><br>                           Defendants. | Case No. 16-cv-00369-BAS-LL<br><br>**ORDER REQUESTING STATUS UPDATE** |

On November 13, 2018, the Parties filed a Joint Status Update, informing the Court that they reached a class-wide settlement and expect to finalize the agreement in the next two weeks.  (ECF No. 58.)  The Parties have not filed anything since.  The Court **ORDERS** the parties to file a joint notice with the Court updating the Court of the status of this case or file a joint motion for dismissal of this case on or before January 11, 2019.

**IT IS SO ORDERED.**

**DATED:  January 3, 2019**

Hon. Cynthia Bashant
United States District Judge

– 1 –

16cv0369